RICHARD A. HOFFMAN, as Administrator of the Estate of JAMES T. HOFFMAN, Deceased, Appellant, v. THOMAS A. HAIGH et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment dismissing the complaint in a negligence action.)   Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of the Elimination of Grade Crossings of the NEW YORK CENTRAL RAILROAD COMPANY in the City of Dunkirk.   In the Matter of the Elimination of Grade Crossings of the ERIE RAILROAD COMPANY in the City of Dunkirk.   NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted.   Present — McCurn, P. J., Kimball, Piper and Wheeler, JJ.   [See ante, p. 823.]

■

PHILIP J. LANZATELLA, Appellant, v. LEWIS G. TUMIA et al., Copartners Doing Business as NORTON PLUMBING Co., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs.   Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.   [See ante, p. 828.]

■

ERIE COUNTY BOARD OF HEALTH et al., Respondents, v. ALBERT M. KUPPEL et al., Appellants.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied.   Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.   [See ante, p. 825.]